SEALED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THIRD SUPERSEDING INDICTMENT FOR CONSPIRACY TO IMPORT COCAINE HYDROCHLORIDE INTO THE UNITED STATES AND FOR CONSPIRACY TO VIOLATE THE MARITIME DRUG LAW ENFORCEMENT ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 18-106** |
| **v.** | * | **SECTION: "M"** |
| **JESUS JUSTO TASA CERVANTES** | * | **VIOLATIONS: 21 U.S.C. § 952(a)** |
| **BORIS WISMARK VERGARA MONCADA** | * | **21 U.S.C. § 960(a)(1)**<br>**21 U.S.C. § 960(b)(1)(B)(ii)** |
| **WILMER ROJAS MILLAN** | | **21 U.S.C. § 963** |
| **WALTER REYNALDO VIERA SULLON** | * | **46 U.S.C. § 70503(a)(1)**<br>**46 U.S.C. § 70506(a)** |
| **EDISON OMAR OTERO CRUZ** | * | **46 U.S.C. § 70506(b)** |
| **VICENTE LOPEZ MERO** | | |
| **ARIEL CALVO HENAO** | * | |
| **JHONNY RODRIGUEZ ALVAREZ** | | |
| **HECTOR RAFAEL GOMEZ LIMONES** | * | |
| **LUIS MIRQUIZ-BOLANOS** | | |
| **JOSE ANTONIO ESTRADA-DONGO** | * | |
| **DIEGO ANTONIO SERRANO-SAMUDIO** | * | |
| **FABER ADRIAN RAMIREZ MARMOLEJO** | * | |

* * *

The Grand Jury charges that:

**COUNT 1**
(Conspiracy to Import Cocaine Hydrochloride into the United States)

✓ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

Beginning on an unknown date and continuing through on or about the date of this Third Superseding Indictment, the defendants, **JESUS JUSTO TASA CERVANTES, BORIS WISMARK VERGARA MONCADA, WILMER ROJAS MILLAN, WALTER REYNALDO VIERA SULLON, EDISON OMAR OTERO CRUZ, VICENTE LOPEZ MERO, ARIEL CALVO HENAO, JHONNY RODRIGUEZ ALVAREZ, HECTOR RAFAEL GOMEZ LIMONES, LUIS MIRQUIZ-BOLANOS, JOSE ANTONIO ESTRADA-DONGO, DIEGO ANTONIO SERRANO-SAMUDIO**, and **FABER ADRIAN RAMIREZ MARMOLEJO**, did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown, to import into the United States from a place outside thereof five kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(1)(B)(ii), and 963.

**COUNT 2**
(Conspiracy to Violate the Maritime Drug Law Enforcement Act)

Beginning on an unknown date and continuing through on or about the date of this Third Superseding Indictment, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants, **JESUS JUSTO TASA CERVANTES, BORIS WISMARK VERGARA MONCADA, WILMER ROJAS MILLAN, WALTER REYNALDO VIERA SULLON, EDISON OMAR OTERO CRUZ, VICENTE LOPEZ MERO, ARIEL CALVO HENAO, JHONNY RODRIGUEZ ALVAREZ, HECTOR RAFAEL GOMEZ LIMONES, LUIS MIRQUIZ-BOLANOS, JOSE ANTONIO ESTRADA-DONGO, DIEGO ANTONIO SERRANO-SAMUDIO**, and **FABER ADRIAN RAMIREZ MARMOLEJO**, did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons

known and unknown, to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a)(1) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

**NOTICE OF DRUG FORFEITURE**

1. The allegations of Counts 1 and 2 of this Third Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

2. As a result of the offenses alleged in Counts 1 and 2, **JESUS JUSTO TASA CERVANTES, BORIS WISMARK VERGARA MONCADA, WILMER ROJAS MILLAN, WALTER REYNALDO VIERA SULLON, EDISON OMAR OTERO CRUZ, VICENTE LOPEZ MERO, ARIEL CALVO HENAO, JHONNY RODRIGUEZ ALVAREZ, HECTOR RAFAEL GOMEZ LIMONES, LUIS MIRQUIZ-BOLANOS, JOSE ANTONIO ESTRADA-DONGO, DIEGO ANTONIO SERRANO-SAMUDIO**, and **FABER ADRIAN RAMIREZ MARMOLEJO**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Third Superseding Indictment.

3. As a result of the offenses alleged in Counts 1 and 2, **JESUS JUSTO TASA CERVANTES, BORIS WISMARK VERGARA MONCADA, WILMER ROJAS MILLAN, WALTER REYNALDO VIERA SULLON, EDISON OMAR OTERO CRUZ, VICENTE**

**LOPEZ MERO, ARIEL CALVO HENAO, JHONNY RODRIGUEZ ALVAREZ, HECTOR RAFAEL GOMEZ LIMONES, LUIS MIRQUIZ-BOLANOS, JOSE ANTONIO ESTRADA-DONGO, DIEGO ANTONIO SERRANO-SAMUDIO**, and **FABER ADRIAN RAMIREZ MARMOLEJO**, shall forfeit to the United States pursuant to Title 46, United States Code, Section 70507, any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Third Superseding Indictment.

4. If any of the property subject to forfeiture pursuant to Paragraphs 2 and 3 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853 and Title 46, United States Code, Section 70507.

PETER G. STRASSER
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
December 13, 2018

FORM OBD-34

*No.* 18-106 "M"

UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**JESUS JUSTO TASA CERVANTES, BORIS WISMARK VERGARA MONCADA, WILMER ROJAS MILLAN, WALTER REYNALDO VIERA SULLON, EDISON OMAR OTERO CRUZ, VICENTE LOPEZ MERO, ARIEL CALVO HENAO, JHONNY RODRIGUEZ ALVAREZ, HECTOR RAFAEL GOMEZ LIMONES, LUIS MIRQUIZ-BOLANOS, JOSE ANTONIO ESTRADA-DONGO AND DIEGO ANTONIO SERRANO-SAMUDIO, FABER ADRIAN RAMIREZ MARMOLEJO**

**THIRD SUPERSEDING INDICTMENT FOR CONSPIRACY TO IMPORT COCAINE HYDROCHLORIDE INTO THE UNITED STATES AND FOR CONSPIRACY TO VIOLATE THE MARITIME DRUG LAW ENFORCEMENT ACT**

**VIOLATIONS: 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1), 21 U.S.C. § 960(b)(1)(B)(ii), 21 U.S.C. § 963, 46 U.S.C. § 70503(a)(1), 46 U.S.C. § 70506(a), 46 U.S.C. § 70506(b)**

*Filed in open court this* ________________ *day of* ____ ______________________________ *A.D. 2018.*

______________________________

*Clerk*

*Bail, $* ______________________________

DAVID HALLER, ASSISTANT UNITED STATES ATTORNEY